IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARLON WRIGHT,

    Petitioner,

v.                            CIVIL ACTION NO.: CV208-084

TIMOTHY WARD, Warden,

    Respondent.

## ORDER

Presently before the Court are Petitioner Marlon Wright's ("Wright") Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Wright asserts the Magistrate Judge unjustly is holding him responsible for the actions of his attorney. Wright asserts the Magistrate Judge ignored evidence he submitted, as well as O.C.G.A. § 9-14-42. Wright further asserts he exhausted his state remedies prior to filing this petition, despite "violations and preventions" by his trial attorney and the trial judge. (Doc. No. 16, p. 3). Finally, Wright asserts the Magistrate Judge imposed his own one-year deadline to the filing of his petition in this Court.

Wright's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Wright's petition for writ of habeas corpus, filed pursuant to 28

U.S.C. § 2254, is **DISMISSED**, with prejudice, as it was not filed timely. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of May, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE